

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2015

No. 04-14-00884-CR

**EX PARTE** Thomas A. **PENA**,

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR12630-W1
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

After this accelerated appeal was reinstated, we ordered appellant to file his brief on or before May 28, 2015.  On May 18, 2015, appellant filed an unopposed motion to extend time to file appellant's brief, asking for an additional sixty days in which to file the brief.  After review, we **GRANT** the motion and **ORDER** appellant to file his brief **on or before July 27, 2015**. Appellant is reminded that this is an accelerated appeal.  Accordingly, appellant is advised that **NO FURTHER EXTENSION OF TIME TO FILE THE BRIEF WILL BE GRANTED**.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court